UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:21-cr-362-VMC-AAS

DONOVAN SHABAZZ

## ORDER

Pursuant to Fed. R. Crim. P. 48(a), the United States has requested leave to dismiss Count One and Count Two of the Superseding Indictment (Doc. 76) and the Indictment (Doc. 1) against Defendant Donovan Shabazz, without prejudice. Leave of Court is granted and Count One and Count Two of the Superseding Indictment, and the Indictment, are dismissed against Defendant Donovan Shabazz in the above-captioned case, without prejudice.

Dated: 5/1/2025

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE